# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LUIS ROMAN QUINTO CORAIZACA, | § |
| *Petitioner*, | § |
| v. | § |
| WARDEN, ERO EL PASO CAMP EAST MONTANA, MARY DE ANDA YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, and KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, | § No. 3:26-CV-00261-LS |
| *Respondents*. | § |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 2.

2

**SIGNED** and **ENTERED** on February 3, 2026.

---

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**